## ROBERT INNIS AND ROBERT GRANT, LATE MERCHANTS IN COMPANY UNDER THE FIRM OF INNIS & GRANT

v.

## DAVID MILLER

### 1811

JOURNAL ENTRIES

1. Rule to bring body . . . . . . . *Journal, infra,* \*p. 361
2. Special bail . . . . . . . . . . . " 366
3. Declaration filed; rule to plead . . . . . . . " 372

PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . .
3. Declaration . . . . . . . . . . . . . .

## HENRY JACKSON HUNT

v.

## ROBERT FORSYTH

### 1811

JOURNAL ENTRIES

1. Special bail; declaration filed; rule to plead . *Journal, infra,* \*p. 362

PAPERS IN FILE

1. Capias and return . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . .